# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHARLES CATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 5:21-cv-6018 |
| TPUSA-FHCS, INC., d/b/a Teleperformance, | ) ) ) ) |
| Defendant. | ) ) |

## DEFENDANT, TPUSA-FHCS, INC.'S NOTICE OF REMOVAL

Defendant, TPUSA-FHCS, Inc. ("Defendant" or "TPUSA-FHCS") through its undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and removes to this Court the civil action styled *Charles Cates vs. TPUSA-FHCS, Inc.*, which action was originally filed in the Circuit Court of the Forty-Third Judicial Circuit in and for Clinton County, Missouri, under Case No.: 20CN-CC00076 (hereinafter the "State Action"). In support hereof, Defendant states:

## I. INTRODUCTION

1. On December 17, 2020, Plaintiff filed a class action Petition[1] in the State Action seeking damages for alleged violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681. In his Complaint, Plaintiff asserts a single cause of action for alleged violations of the FCRA.

2. On January 4, 2021, TPUSA-FHCS was served with process, including a Summons and a copy of the Complaint. A copy of the Service of Process Transmittal showing the date of service is attached hereto as **"Exhibit A."** This constituted the first legal notice TPUSA-FHCS received of the State Action for purposes of removal.

---

[1] Plaintiff's pleading is captioned Petition as it was filed in the state court. Defendant refers to it throughout this Notice of Removal as a "Complaint" to be consistent with the nomenclature in federal court.

1

3. In accordance with 28 U.S.C. §1446(a), true and correct copies of all documents that have been filed in the State Action as of the date of filing this Notice of Removal are attached hereto as "**Composite Exhibit B**."

4. As of the date of filing this Notice of Removal, Defendant has not filed an answer or other responsive pleading to the Complaint.

## II. LEGAL GROUNDS FOR REMOVAL

### A. Federal Question Jurisdiction Exists

5. Pursuant to 28 U.S.C. § 1331, federal district courts have original jurisdiction over actions "arising under the Constitution, laws, or treaties of the United States."

6. This Court has jurisdiction over this action under 28 U.S.C. § 1331, because Plaintiff's sole cause of action arises under a federal statute, the FCRA. (Compl. at ¶¶ 41-54). *See Young v. Am. Servicing Co.,* No. 4:11CV1199 TCM, 2011 WL 5102423, at *1 (E.D. Mo. Oct. 27, 2011) (finding original jurisdiction where plaintiff alleged violations of the FCRA); *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987) (recognizing that under the "well-pleaded complaint rule," federal question removal is appropriate "when a federal question is presented on the face of the plaintiff's properly pleaded complaint").

## III. THE REMOVAL IS PROCEDURALLY PROPER

7. This Notice of Removal is being timely filed, within 30 days of initial service of process, in accordance with 28 U.S.C. § 1446(b).

8. A copy of this Notice of Removal, along with a separate Notice of Filing Notice of Removal is simultaneously being filed with the Clerk of the Circuit Court of the 43rd Judicial Circuit in and for Clinton County, Missouri and served on counsel for Plaintiff. A copy of the

Notice of Filing Notice of Removal filed in the state court (without exhibits) is attached hereto as **"Exhibit C."** 28 U.S.C. § 1446(d).

9. Pursuant to 28 U.S.C. § 1441(a), the removal of the State Action to the United States District Court for the Western District of Missouri is proper because this district embraces the place in which the State Action has been pending, i.e., Clinton County, Missouri.

WHEREFORE, Defendant, TPUSA-FHCS, Inc., requests that the State Action be removed from the Circuit Court of the 43rd Judicial Circuit in and for Clinton County, Missouri and that it proceed in the United States District Court for the Western District of Missouri, as an action properly removed thereto.

Dated: February 2, 2021

Respectfully submitted,

By: */s/ Karen Cain*
KAREN CAIN (MO #47420)
KAITLIN E. GALLEN (MO #65913)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
kcain@polsinelli.com
kgallen@polsinelli.com

Melissa S. Zinkil (to be admitted PHV)
Eric A. Gordon (to be admitted PHV)
Akerman LLP
777 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
melissa.zinkil@akerman.com
(561) 671-3675
eric.gordon@akerman.com
(561) 671-3651

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, a true and correct copy of the foregoing document is being served via CM/ECF to the following:

Charles Jason Brown (MO 49952)
Jayson A. Watkins (MO 61434)
Primary Email: brown@brownandwatkins.com
Primary Email: watkins@brownandwatkins.com
**BROWN & WATKINS LLC**
301 S. US 169 Hwy
Gower, Missouri 64454
Phone: (816) 505-4529
Fax: (816) 424-1337

*Attorneys for Plaintiff*

By: */s/ Karen Cain*
     Karen Cain